

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>Michael Kejuan Smith<br>DEFENDANT(S). | CASE NUMBER<br><br>CR-97-00984-GHK<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of _____deft_____, IT IS ORDERED that a detention hearing is set for __Wednesday__, __7/18/12__, at __2:00__ ☐ a.m. / ☑ p.m. before the Honorable __RALPH ZAREFSKY__, in Courtroom __341 - duty__

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __7/17/12__              _____
                                 U.S. District Judge/Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT
CR-66 (10/97)                                                        Page 1 of 1